**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| HALEY STEVENS, **individually and on behalf of her minor child, C.L.,** | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 16-10201-FDS |
| GLAXOSMITHKLINE LLC, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER TO PROVIDE DISCOVERY

**SAYLOR, J.**

On November 14, 2016, this Court ordered plaintiff to show cause in writing on or before December 5, 2016, why this case should not be dismissed for failure to prosecute and/or to comply with discovery orders. Plaintiff timely responded, stating that she was experiencing difficulty obtaining medical records.

Plaintiff is hereby ORDERED to comply with all outstanding discovery obligations on or before March 1, 2017, or show good cause in writing why additional time is necessary. If plaintiff fails to do so, defendant may renew its motion to dismiss for failure to provide discovery.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: January 27, 2017